JOSEPH GERDVIL, Appellant, v VITO J. RIZZO et al., Respondents.

Submitted October 25, 2010; decided December 16, 2010

Motion for reargument of motion for leave to appeal denied [*see* 15 NY3d 819 (2010)].